## THIRD DEPARTMENT, SEPTEMBER, 1910.

John McCormick, Respondent, v. James M. Thompson, Appellant.— Motion to dismiss appeal granted, with costs, unless the appellant shall within ten days pay to the respondent's attorney twenty dollars costs, and within twenty days thereafter shall serve printed papers on appeal, in which case motion is denied. Motion to compel respondent to accept undertaking given to stay issue of execution granted.

In the Matter of the Application of Charles A. Phillips, Respondent, for a Peremptory Writ of Mandamus to Charles F. Milliken and Others, Constituting the State Civil Service Commission of the State of New York, Appellants.— Motion granted.

Leon D. Polley, Respondent, v. Lehigh Valley Railroad Company, Appellant. — Motion granted and question certified as follows: Did the defendant reside within the county of Cortland within the meaning of section 984 of the Code of Civil Procedure at the time of the commencement of this action?

Vert J. Blanchard, Appellant, v. Delaware, Lackawanna and Western Railroad Company, Respondent.— Motion denied. Houghton, J., not sitting.

John D. Chism, Jr., and Another v. Sheldon D. Smith.— Order amended by striking out the provision that the judgment is reversed and a new trial granted, and inserting in place thereof "Judgment so far as appealed from by the plaintiffs affirmed, and so far as appealed from by the defendant reversed, and a new trial granted."

The People of the State of New York, Appellant, v. John Franey, as Clerk of Albany County, State of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concurred.

In the Matter of the Judicial Settlement of the Account of Truman F. Hall, as Executor, etc., of Thomas F. Hall, Deceased.— Motion granted, without costs.

John Telhanis, as Administrator, etc., of George Telhanis, Deceased, Respondent, v. David O. Owens and Others, Appellants.— Order modified so as to provide that the costs of the motion shall be paid to the defendant to abide the event of the action, and as thus modified affirmed, without costs. All concurred.

Minnie Barney, Appellant, v. Charles T. Rowland, Respondent.— Order affirmed, without costs. All concurred.

Clara G. Burks, Respondent, v. The State of New York, Appellant.— Motion granted.

Alonzo E. Burks, Respondent, v. The State of New York, Appellant. (Action No. 1.)— Motion granted.

Alonzo E. Burks, Respondent, v. The State of New York, Appellant. (Action No. 2.)— Motion granted.

Clarksville Telephone Company, Respondent, v. Charles T. Terry and Others, Appellants. (No. 1.)— Order affirmed, with ten dollars costs and disbursements. All concurred.